IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AHMED BAKRAN | : | CIVIL ACTION |
| v. | : | |
| JEH JOHNSON, ET AL. | : | No. 15-127 |

## **ORDER**

**AND NOW**, this 10th day of June, 2015, upon consideration of Defendants' Motion to Dismiss (Docket No. 6), and Plaintiff's response thereto, for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that Defendants' Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.