IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AHMED BAKRAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JEH JOHNSON, ET AL. | : | No. 15-127 |

## ORDER

**AND NOW**, this 28th day of June, 2016, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 15), Plaintiff's Motion for Summary Judgment (Docket No. 14), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion is **GRANTED.**

2. Plaintiff's Motion is **DENIED**.

3. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff.

4. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.